

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INFOCASE, INC., | |
| *Plaintiff,* | Civil Action No. 1:15-cv-01357-CMH-TCB |
| vs. | |
| MAX INTERACTIVE, INC., | |
| *Defendant.* | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, InfoCase, Inc. ("InfoCase"), and Defendant, MAX Interactive, Inc., have entered into a Settlement and License Agreement. Accordingly, InfoCase voluntarily dismisses this action, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

QUARLES & BRADY LLP

Dated: December 30, 2015

*/s/ Jonathan Hudis*
Jonathan Hudis (VA Bar No. 38068)
1700 K Street NW
Suite 825
Washington, DC 20006
Tel: (202) 372-9528
Fax: (202) 372-9597
jon.hudis@quarles.com

*Attorneys for Plaintiff InfoCase, Inc.*

So Ordered
Claude M. Hilton
USDJ
Jan 4, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2015, I filed a copy of the foregoing document via the Court's CM/ECF electronic filing system, which provided copies thereof to all counsel who have appeared in this action. A copy of the foregoing document also was served on Defendant's counsel via e-mail to:

Benjamin E. Maskell. Esq.<br>
MASKELL LAW PLLC<br>
888 N. Quincy St. Suite 701<br>
Arlington, VA 22203<br>
ben@MaskellLaw.com

                                             */s/ Jonathan Hudis*
                                      Jonathan Hudis (VA Bar No. 38068)
                                      QUARLES & BRADY LLP
                                      1700 K Street NW
                                      Suite 825
                                      Washington, DC 20006
                                      Tel: (202) 372-9528
                                      Fax: (202) 372-9597
                                      jon.hudis@quarles.com

QB\158573.00002\37925965.1